STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

17-991 consolidated with 17-985, 17-986, 17-987,
17-988, 17-989, 17-990, 17-992

JEANNA SCHWING, ET AL.

VERSUS

MULTI-CHEM GROUP, LLC, ET AL.

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 120793
HONORABLE ANTHONY THIBODEAUX, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**MARC T. AMY
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Marc T. Amy, Van H. Kyzar, and Candyce G. Perret, Judges.

**AFFIRMED.**

**Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA   70139
(504) 525-6802
COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Multi-Chem Group, LLC
    Cade Bourque
    John Gauthier
    Nathan Walker
    Aaron Gauthier**

**Jonathan Beauregard Andry**
**The Andry Law Firm**
**610 Baronne Street**
**New Orleans, LA   70113**
**(504) 525-5535**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Jeanna Schwing**
    **Marie Louise Schwing**

**AMY, Judge.**

For the reasons provided in the consolidated appeal of *Robert J. Broussard, et al. v. Multi-Chem Group, LLC*, 17-985 (La.App. 3 Cir. _/_/18), _ So.3d _, the judgment of the trial court is affirmed. Costs of this proceeding are assessed to the defendants-appellants, Multi-Chem Group, LLC, Cade Bourque, John Gauthier, Nathan Walker, and Aaron Gauthier.

**AFFIRMED.**